# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VIGIL,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No. 2:17-cv-604 PA (FFMx)<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. Percy Anderson |

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:17-cv-604 PA (FFMx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates on the Court's calendar are vacated.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

Dated: __March 29, 2017__, 2017      _/s/ Percy Anderson_
    Hon. Percy Anderson
    United States District Court Judge